IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS,
MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAPCOM U.S.A., INC., <br><br> Defendant. | Civil Action No. 2:13-cv-389 (JRG) <br><br> **JURY TRIAL DEMANDED** |

## LODSYS GROUP, LLC'S
## NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2

Lodsys Group, LLC ("Lodsys") provides notice to the Court that on August 22, 2013, Lodsys complied with P.R. 3-1 and 3-2 as required by the Court's August 8, 2013 Order (Dkt. 22).

1

Dated: August 22, 2013                    Respectfully Submitted,

                                          By: /s/ Kit Roth
                                          Michael A. Goldfarb
                                          (admitted *pro hac vice*)
                                          Christopher M. Huck
                                          (admitted *pro hac vice*)
                                          Kit W. Roth
                                          (admitted *pro hac vice*)
                                          KELLEY, GOLDFARB,
                                          HUCK & ROTH, PLLC
                                          700 Fifth Avenue, Suite 6100
                                          Seattle, WA 98104
                                          Telephone: 206-452-0260
                                          Facsimile: 206-397-3062
                                          Email: goldfarb@kdg-law.com
                                                  huck@kdg-law.com
                                                  roth@kdg-law.com

                                          William E. "Bo" Davis III
                                          Texas State Bar No. 24047416
                                          THE DAVIS FIRM, PC
                                          111 West Tyler Street
                                          Longview, Texas 75601
                                          Telephone: (903) 230-9090
                                          Facsimile: (903) 230-9661
                                          Email: bdavis@bdavisfirm.com

                                          **Attorneys for Plaintiff**
                                          **Lodsys Group, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on August 22, 2013.

/s/ Kit W. Roth
Kit W. Roth